1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16

VESTER L. PATTERSON,

              Plaintiff,

    v.

JEFFERY BEARD, et al.,

              Defendants.

1:15-cv-00172-BAM (PC)

ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA

17
18
19
20
21
22
23
24
25
26
27
28

      Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. §1983, along with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

      In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place in Amador County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

      Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to proceed in forma pauperis.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1.  This action is transferred to the United States District Court for the Eastern District of

1   California sitting in Sacramento; and

2       2.  All future filings shall refer to the new Sacramento case number assigned and shall be

3   filed at:

4                      United States District Court
                   Eastern District of California

5                      501 "I" Street, Suite 4-200
                   Sacramento, CA 95814

6

    3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

7

8   IT IS SO ORDERED.

9

10    Dated:   **February 4, 2015**                /s/ *Barbara A. McAuliffe*

11                                       UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28